```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 05/16/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v.-

SANTIAGO XAVIER MALDONADO,

                Defendant.

---

23-CR-261-04 (NSR)

**ORDER**

NELSON S. ROMÁN, United States District Judge:

      The Court is in receipt of the motion to compel specific medical attention (the "Motion") on an expediated basis from the Defendant, Santiago Xavier Maldonado, dated March 5, 2024. In response to the Motion, the Court orders the Board of Prisons and the Metropolitan Detention Center, in particular its medical staff to:

1. Review Defendant's medical records, which have been provided by defense counsel as part of the Motion;

2. To schedule an immediate physical and medical examination of the Defendant;

3. To report to the Court the results of said examination;

4. To report to the Court the status of Defendant's medical needs (if any); and

5. To inform the Court whether, given Defendant's medical needs, the facility is able to provide the requisite medical care.

      SO ORDERED.

Dated: May 16, 2024
       New York, New York

                                              NELSON S. ROMÁN
                                          United States District Judge