*Linda George*

**Attorney at Law**

**MEMO ENDORSED**

**577 Summit Avenue**
**Hackensack, New Jersey 07601**
**Tel: 201-487-5225**
**Fax: 201-487-8807**
**email: lgdefense@yahoo.com**

December 23,  2025

**Deft's request to adjourn the Jan. 16, 2026 Sentencing is GRANTED without objection by the Gov't. The Court's next available date/time for Sentencing is March 6, 2026 at 11:00 am. Clerk of Court is requested to terminate the motion at ECF No. 207.**
**Dated: White Plains, NY**
**January 8, 2026**

**VIA CM/ECF**
Hon. Nelson Stephen Roman, USDJ
United States District Court
 Southern District of New York
300 Quarropas Street
White Plains, New York 10601

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

**Re: U.S. v. Santiago Xavier Maldonado**
**Cr. No. 23-261 (NSR)Ž&**

Dear Judge Roman:

Sentencing in this matter has been scheduled for January 16, 2026.

Due to outstanding documents necessary for defendant's sentencing submission, I write to request an extension of time for a period  of  30 days form January 16, 2026.

I have discussed this request with AUSA Josiah Pertz and he advises that the government has no objection to the court granting the relief requested.

I thank your Honor for your attention to this matter.  I extend my wishes to your Honor and your staff, for a Merry Christmas and Happy New Year!

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/08/2026

Respectfully,

*Linda George*

**LINDA GEORGE**
Attorney at Law
     On behalf of Defendant, Santiago Xavier Maldonado

LG:ms

Page 2
**Hon. Nelson Stephen Roman, USDJ/ U.S. v. Santiago Xavier Maldonado**
December 23, 2025

# CERTIFICATION OF SERVICE

I, Linda George, certify that on this date I have submitted this Letter Motion for filing via the CM/ECF system, which will provide copies as follows:

Hon. Nelson Stephen Roman, USDJ
United States District Court
   Southern District of New York
300 Quarropas Street
White Plains, New York 10601

T. Josiah Pertz,  AUSA                                          Via Email
Office of the United States Attorney                **timothy.pertz@usdoj.gov**
   Southern District of New York (White Plains)
300 Quarropas Street
White Plains, New York 10601

Jeffrey Coffman, AUSA                                          Via Email
Office of the United States Attorney                **jeffrey.coffman@usdoj.gov**
   Southern District of New York (White Plains)
300 Quarropas Street
White Plains, New York 10601

*/s/ Linda George*

_____
**LINDA GEORGE
ATTORNEY AT LAW**

DATED:    December 23, 2025