UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

USA

              - against -

SANTIAGO XAVIER MALDONADO,

                      Defendant.

-------------------------------------------------------X

                         S8 23 Cr. 00261-04 (NSR)

                         ORDER ACCEPTING
                         PLEA ALLOCUTION

NELSON S. ROMÁN, U.S.D.J.:

    The Court has reviewed the transcript of the plea allocution in the above-entitled case, the

charging papers, and all other pertinent parts of the record.   The Report and Recommendation of

the Honorable Victoria Reznik, United States Magistrate Judge, dated July 18, 2025, is approved

and accepted.

                         SO ORDERED.

Dated:  White Plains, NY
        February 17, 2026

                       _____
                       Nelson S. Román
                       United States District Judge


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  2/17/2026