UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v.-

SANTIAGO XAVIER MALDONADO,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/17/2026

23-CR-261-04 (NSR)

**ORDER**

NELSON S. ROMÁN, United States District Judge:

The Court is in receipt of the motion to compel specific medical attention (the "Motion") on an expediated basis from the Defendant, Santiago Xavier Maldonado, dated February 17, 2026. In response to the Motion, the Court directs the Bureau of Prisons ("BOP"), the Metropolitan Detention Center ("MDC"), and in particular its medical staff, to:

1. Inform the Court of all prior efforts to address Defendant Maldonado's medical concerns and notify defense counsel of all future efforts to ensure that Mr. Maldonado's medical needs are being adequately addressed, including what medications have been prescribed and are being provided;

2. To schedule an immediate physical and medical examination of the Defendant by an appropriate medical specialist, such as a neuro doctor or technician, in regard to Defendant Maldonado's prior spinal injuries and surgeries.  In addition to a medical exam, the specialist should examine and determine whether the Defendant has what has been described as a pain medication implant or intrathecal drug delivery system implant, and determine whether the device requires medical doctor or technician intervention;

3. To report to the Court, the Government, and defense counsel the results of said examination and the BOP's planned efforts to provide care accordingly; and

4.  To inform the Court whether, given Defendant's medical needs, the facility is able to provide the requisite medical care and, if not, to inform the Court of an appropriate facility within BOP that can better address his medical needs.

The Court respectfully directs the U.S. Attorney's Office to serve copies on the BOP and MDC and file proof of service on the docket.  The BOP and MDC are directed to respond by 12 P.M. on March 3, 2026 and provide copies to the Government and defense counsel.

SO ORDERED.

Dated:  February 17, 2026
        White Plains, New York

_____
            NELSON S. ROMÁN
        United States District Judge